# MICHAEL D. DIEDERICH, JR.
*Attorney at Law*
361 Route 210
Stony Point, NY 10980
(845) 942-0795

email: Mike@DiederichLaw.com

VIA FACSIMILE
(914) 390-4085

September 10, 2007

Hon. Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, N.Y. 10601

Re: <u>Coban</u>, 07 Civ. 5783 (CLB)—
*Request for adjournment of Sept 14th initial conference*

Dear Judge Brieant:

The defendant has not yet been formally served, and I am discussing waiver of service and other matters with its prospective counsel. Therefore, I request that the initial conference scheduled for September 14, 2007 be adjourned to October 5th or later date. Opposing counsel consents.

The Court's consideration is appreciated. Thank you.

Respectfully submitted,

Michael D. Diederich, Jr.

cc: Joseph M. Martin, Esq.
    Jackson Lewis LLC
    *via 914-328-1882* (fax)