09/21/2007 15:21   8459420796
SEP. 21. 2007  4:06PM   JACKSON LEWIS LLP                    NO. 9847   P. 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAUREEN COBAN,

                     Plaintiff,

      -against-

NYSARC INC. AND ITS CHAPTER
SULLIVAN ARC,

                   Defendant.
------------------------------------------------------------X

Case No.: 07 Civ. 5783 (CLB)(GAY)

### STIPULATION & ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Maureen Coban, and Defendant, NYSARC Inc., through their undersigned counsel that Defendant shall have until October 29, 2007 to answer, move, or otherwise respond to Plaintiff's Complaint

Dated: September 21, 2007    By: _____
                                      Michael D. Diederich, Jr., Esq. (MD 2097)

MICHAEL D. DIEDERICH, JR., ESQ.
361 Route 210
Stony Point, New York 10980
(845) 942-0795

ATTORNEYS FOR PLAINTIFF
MAUREEN COBAN

Dated: September 26, 2007    By: _____
                                        Joseph M. Martin, Esq. (JM 0364)
                                        Michael A. Frankel, Esq. (MF 9712)

JACKSON LEWIS LLP
One North Broadway, 15th Floor
White Plains, New York 10601
(914) 328-0404

ATTORNEYS FOR DEFENDANT
NYSARC, INC.

SO ORDERED:

_____
Honorable Charles L. Brieant
United States District Judge

Dated: October 1, 2007