# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
One North Broadway
White Plains, New York 10601
Tel 914 328-0404
Fax 914 328-1882
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
LONG ISLAND, NY

LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PITTSBURGH, PA
PORTLAND, OR

PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

October 3, 2007

**VIA FACSIMILE**
(914-390-4085)
Honorable Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601



MEMO ENDORSED
Adj to 11-30-07
& Ordered
Oct 3, 2007  Charles L. Brieant
                                  USDJ

Re: Maureen Coban v. NYSARC, Inc. &
It's Chapter SullivanArc
Case No. 07-Civ-5783 (CLB)

Dear Judge Brieant:

    We represent the Defendant, NYSARC, Inc. in connection with the above-referenced matter. An initial court conference is scheduled in this matter for Friday, October 5, 2007 at 9:00 a.m. The parties are currently engaged in discussions to resolve this matter and Defendant intends to file a Motion to Dismiss if those discussions are unsuccessful. Defendant must file a response to Plaintiff's Complaint by October 29, 2007. Due to these events, the parties jointly request that the initial court conference be adjourned until the return date on Defendant's Motion to Dismiss, if it is necessary to file the motion. Alternatively, we will file a stipulation of discontinuance with the Court if the parties are able to resolve this matter.

    Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS LLP

*Michael Frankel*

Michael A. Frankel

MAF/mrg

cc: Michael D. Diederich, Jr., Esq.
    Joseph M. Martin, Esq.