# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
One North Broadway
White Plains, New York 10601
Tel 914 328-0404
Fax 914 328-1882
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PITTSBURGH, PA
PORTLAND, OR
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

October 3, 2007

**VIA FACSIMILE**
(845-942-0796)
Michael D. Diederich, Jr., Esq.
361 Route 210
Stony Point, New York 10980

Re:  Maureen Coban v. NYSARC, Inc. &
It's Chapter SullivanArc
Case No. 07-Civ-5783 (CLB)

Dear Mr. Diederich:

Please be advised the Court has adjourned the October 5, 2007 court conference in the above-referenced matter until November 30, 2007 at 9:00 a.m. Kindly contact me if you have any questions.

Very truly yours,

JACKSON LEWIS LLP

*Michael Frankel*

Michael A. Frankel

MAF/mg

cc:  The Honorable Charles L. Brieant (via facsimile)
     Joseph M. Martin, Esq.