*Brieant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MAUREEN COBAN,

                             Plaintiff,

        -against-

NYSARC INC. AND ITS CHAPTER
SULLIVAN ARC,

                          Defendant.

Case No.:  07 Civ. 5783 (CLB)(GAY)

-----------------------------------------------------------------x

## STIPULATION & ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Maureen Coban, and Defendant, NYSARC Inc., through their undersigned counsel that Defendant shall have until November 8, 2007 to answer, move, or otherwise respond to Plaintiff's Complaint

                                       MICHAEL D. DIEDERICH, JR., ESQ.
                                       361 Route 210
                                       Stony Point, New York  10980
                                       (845) 942-0795

Dated: October 18, 2007        By: _____
                                       Michael D. Diederich, Jr., Esq. (MD 2097)

                                       ATTORNEYS FOR PLAINTIFF
                                       MAUREEN COBAN

                                       JACKSON LEWIS LLP
                                       One North Broadway, 15th Floor
                                       White Plains, New York 10601
                                       (914) 328-0404

Dated: October 18, 2007        By: _____
                                         Joseph M. Martin, Esq. (JM 0354)
                                       Michael A. Frankel, Esq. (MF 9712)

                                       ATTORNEYS FOR DEFENDANT
                                     NYSARC, INC.

SO ORDERED: October 22, 2007

_____
Honorable Charles L. Brieant
United States District Judge

*dated*