UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MAUREEN COBAN,

                      Plaintiff,

      -against-

NYSARC INC. AND ITS CHAPTER
SULLIVAN ARC,

                      Defendant.
---------------------------------------------------------------x

Case No.: 07 Civ. 5783 (CLB)(GAY)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between the Parties hereto Maureen Coban and NYSARC, Inc. and NYSARC, Inc. Sullivan County Chapter d/b/ SullivanArc, through counsel for Plaintiff and counsel for Defendants, who state that they have been authorized by the Parties to enter into this Stipulation, that the above-captioned action is hereby dismissed in its entirety, with prejudice to Plaintiff, and with no award of counsel fees or costs by the Court.

Dated: November 10, 2007      By: _____
                                              Michael D. Diederich, Jr., Esq.
                                              361 Route 210
                                              Stony Point, New York 10980
                                              *Attorney for Plaintiff*

Dated: November 19, 2007

By: _____
Joseph M. Martin, Esq.
Michael A. Frankel, Esq.
Jackson Lewis LLP
One North Broadway, 15th Fl.
White Plains, New York 10601
*Attorneys for Defendants NYSARC, Inc. and NYSARC, Inc. Sullivan County Chapter d/b/a SullivanArc*

SO ORDERED:

Dated: November 26, 2007

_____
Hon. Charles L. Brieant
United States District Judge

- 2 -